UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX SANCHEZ,<br><br>    Plaintiff,<br><br>-against-<br><br>SUPERINTENDANT LEONARD A. PORTUONDO ET AL.,<br><br>    Defendants. | 99-cv-1911 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

    The representation of the defendant in the above-captioned matter is assigned to C.J.A. Attorney on duty July 29, 2020, Bobbi C. Sternheim, for the purpose of making an appropriate motion based on the defendants' letter docketed at ECF No. 24, and pursuant to the recent decision of the Court of Appeals in this matter, see ECF No. 26.

    SO ORDERED

Dated:  New York, NY

       July 29, 2020          _____

                                        JED S. RAKOFF, U.S.D.J.